IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

GLORIA H. HENDON,

      Plaintiff,

v.                                  CASE NO.  5:05cv155-RH/WCS

JO ANNE B. BARNHART,

      Defendant.

_____/

## **ORDER OF REMAND**

This matter is before the court on the magistrate judge's report and recommendation (document 15), to which no objections have been filed.  Upon consideration,

      IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion of the court.  The Commissioner's decision denying plaintiff's application for disability benefits is AFFIRMED as to the denial of the application for disability insurance benefits and REVERSED as to the application for supplemental security income benefits, leaving for the Commissioner the task of determining disability onset date, eligibility, and, if appropriate, commencement date for

supplemental security income benefits. This cause is REMANDED to the Commissioner for further proceedings consistent with the report and recommendation and this order. The clerk shall enter judgment accordingly and close the file.

    SO ORDERED this 2d day of June, 2006.

                                          <u>s/Robert L. Hinkle</u>
                                          Chief United States District Judge