IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

**GLORIA H. HENDON,**

    Plaintiff,

vs.                            CASE NO. 5:05cv155-RH/WCS

**JO ANNE B. BARNHART,**
**Commissioner of Social Security,**

    Defendant.
_____/

## REPORT AND RECOMMENDATION

Pending is Plaintiff's motion for an attorney's fee pursuant to the Equal Access to Justice Act and 42 U.S.C. § 406(b), requesting a fee award of $3,968.75. Doc. 18. Defendant has filed a response advising that the amount requested is not contested. Doc. 19.

Accordingly, it is **RECOMMENDED** that Plaintiff's motion, doc. 18, be **GRANTED** and the Commissioner be **ORDERED** to pay Plaintiff's attorney, Quinn E. Brock, $3,968.75 as a fee award pursuant to the Equal Access to Justice Act and 42 U.S.C. § 406(b).

**IN CHAMBERS** at Tallahassee, Florida, on September 12, 2006.

                              s/    William C. Sherrill, Jr.
                              **WILLIAM C. SHERRILL, JR.**
                              **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation. A party may respond to another party's objections within 10 days after being served with a copy thereof. Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**