# IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF FLORIDA
## PANAMA CITY DIVISION

GLORIA H. HENDON,

        Plaintiff,

v.                                          CASE NO.  5:05cv155-RH/WCS

JO ANNE B. BARNHART,

        Defendant.

_____/


## ORDER AWARDING ATTORNEY'S FEES


This matter is before the court on the magistrate judge's report and

recommendation (document 20), to which no objections have been filed.  Upon

consideration,

IT IS ORDERED:

The report and recommendation is ACCEPTED and adopted as the opinion

of the court.  The Secretary shall pay to attorney Quinn E. Brock the sum of

$3,968.75 as attorney's fees pursuant to the Equal Access to Justice Act.

SO ORDERED this 24th day of October, 2006.

                        s/Robert L. Hinkle_____
                        Chief United States District Judge